**No. 10-1492. Mario Martinez, Petitioner v. Celadon Trucking Services, Inc.**

565 U.S. 824, 132 S. Ct. 114, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5409.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eighth District, denied.

Same case below, 320 S.W.3d 377.